No. 72–930. UNITED STATES STEEL CORP. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. Certi-

orari granted, judgment vacated, and case remanded for further consideration in light of *Gateway Coal Co.* v. *United Mine Workers of America, ante,* p. 368. MR. JUSTICE DOUGLAS dissents from vacation and remand.